IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ETHEREAL TECH PTE. LTD. PLAINTIFF

VS. CIVIL CASE NO. 1:25-CV-198-DMB-DAS

DSO PROJECTS LLC ET AL DEFENDANTS

ORDER REGARDING MOTION TO WITHDRAW

Attorney Jeffrey D. Leathers has filed a second motion to withdraw as counsel of record for the defendants DSO Projects, LLC, Basham Johnson, Paul Rogers, Brandon Bryan, and Leon Shaw. Doc. 154. Mr. Leathers states the defendants "have not explicitly consented to this withdrawal" but represents that notice has been provided under Local Uniform Civil Rule 83.1(b)(3). Deep South Operating LLC, defendant and crossclaim plaintiff, responded to Mr. Leather's motion to withdraw with a declaration from counsel stating the addresses provided in Mr. Leather's certificate of service are inaccurate. Doc. 157. After a status conference with counsel on October 16, 2026, the court finds a hearing on the motion to withdraw is necessary.

DSO Projects, LLC, Basham Johnson, Paul Rogers, Brandon Bryan, and Leon Shaw are ORDERED to appear, in person, so the court may ascertain their correct addresses and their respective positions on Mr. Leathers' motion to withdraw. The defendants are warned that if they fail to appear and provide the required information, the court will impose sanctions against them, up to and including striking their answers and entering default, as their failure to comply with this order will be construed as an indication that they no longer wish to defend against the plaintiff's and cross claimant's claims. The court will set the hearing by further Notice.

**SO ORDERED**, this the 4th day of November, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE